IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TEENA DRAPER                                               PLAINTIFF

        v.                      Civil No. 04-6020
JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **ORDER**

Pursuant to the mandate of the Court of Appeals, this matter is hereby remanded to the Commissioner of the Social Security Administration for further proceedings in accordance with the opinion of the Court of Appeals in this case.

IT IS SO ORDERED this 6th day of January, 2006.

                                                       /s/ Bobby E. Shepherd
                                                       HONORABLE BOBBY E. SHEPHERD
                                                       UNITED STATES MAGISTRATE JUDGE